# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147515 & (64)(65)

_____

In re COH, ERH, JRG, KBH, Minors.

SC:  147515
COA:  309161
Muskegon CC Family Division:
08-036989-NA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for stay is GRANTED.  Implementation of the June 25, 2013 judgment of the Court of Appeals and the August 6, 2013 order of the Muskegon Circuit Court is STAYED, and the children are to be returned to their foster family placement, pending completion of this appeal or further order of this Court.  The application for leave to appeal the June 25, 2013 judgment of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2013



Clerk

s0807